JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SHEILA A. PATTON, ) | Case No. CV 08-1834-MLG |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| MICHAEL A. ASTRUE, ) COMMISSIONER OF SOCIAL ) SECURITY, ) | |
| Defendants. ) | |

IT IS ADJUDGED that the action herein is dismissed with prejudice.

Dated: January 28, 2009

_____
Marc L. Goldman
United States Magistrate Judge